No. 76. UNITED STATES *v.* WESLEY L. SISCHO. On writ of certiorari to the Circuit Court of 'Appeals for the Ninth Circuit. November 13, 1922. Petition for rehearing in this cause granted, and cause restored to the docket for hearing before a full bench. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. John C. Hayes,* for the United States, in support of the petition for rehearing. [See *ante,* 697.]·

---

No. 601. BORDER NATIONAL BANK OF EAGLE PASS, TEXAS, *v.* AMERICAN NATIONAL BANK OF SAN FRANCISCO, CALIFORNIA. Error to the Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss and petition for a writ of certiorari submitted October 23, 1922. Decided November 13, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Spencer* v. *Duplan Silk Co.,* 191 U. S. 526, 530; *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 577. The petition for a writ of certiorari herein is denied. *Mr. William M. Pardue, Mr. H. Ralph Burton* and *Mr. Tench. T. Marye* for plaintiff in error. *Mr. S. J. Brooks* and *Mr. Walter P. Napier* for defendant in error.

---

No. —, Original. *Ex parte:* IN THE MATTER OF ROSE WEISS, AS NEXT FRIEND, ETC., PETITIONER. Submitted November 13, 1922. Decided November 20, 1922. Motion for leave to file petition for writ of habeas corpus herein denied, without prejudice to the right of the petitioner to apply for a writ of habeas corpus to the District Court of the United States for the Western District of Washington directed to the officers in charge of the McNeil Island Penitentiary. *Miss Rose Weiss* for petitioner.